# IN THE SUPREME COURT OF THE STATE OF NEVADA

STANLEY EARNEST RIMER,
                Appellant,
vs.
RENEE BAKER, WARDEN; AND THE
STATE OF NEVADA,
                Respondents.

No. 73375

**FILED**

JUL 3 1 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order transferring a case from Eleventh Judicial District Court to Eighth Judicial District Court.

Our review of this appeal reveals a jurisdictional defect. No statute or court rule provides for an appeal from an order transferring a case. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Jim C. Shirley, District Judge
       Stanley Earnest Rimer
       Attorney General/Carson City
       Pershing County District Attorney
       Pershing County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

17-25276